UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| ANDREW SMITH-LOVEJOY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:13-CV-00265-RCJ-VPC |
| v. | ) | |
| | ) | |
| LEVY SANDERS, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #15) entered on October 17, 2013, in which the Magistrate Judge recommends that the Court dismiss Plaintiff's action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #15).

IT IS HEREBY ORDERED that Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE